UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br><br>Ramon PARRA-Pantoja,<br>Jerrick Travon MCALISTER,<br><br><br><br>Defendants. | Magistrate Docket No.  '22 MJ00525<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant being, duly sworn, states:

On or about February 18, 2022, within the Southern District of California, defendants Ramon PARRA-Pantoja and Jerrick Travon MCALISTER, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Francisco Javier GARCIA-Vasquez and Andrea PADILLA-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 22, 2022.

HON. BARBARA L. MAJOR
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Ramon PARRA-Pantoja,
Jerrick Travon MCALISTER

## AMENDED PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Andrea PADILLA-Lopez and Francisco Javier GARCIA-Vasquez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 18, 2022, Supervisory Border Patrol Agent G. Davis was conducting his assigned duties in the Campo Border Patrol Station's area of responsibility. At approximately 8:22 PM, Border Patrol Agent R. Radcliff, observed a black Nissan Altima driving north on Ribbonwood Road, perform two U-turns and continue north towards Interstate 8. At approximately 8:23 PM, Agent Davis observed the same black Nissan Altima come to a stop on Ribbonwood Road before entering the Interstate 8 eastbound lanes. Agent Davis noticed the Altima was riding low, possibly due to extra weight in the rear of the vehicle. Agent Davis got behind the Altima and ran record checks. Record checks revealed that the Altima was registered in Georgia. As the Altima continued eastbound, Agent Davis noticed it could not stay on his lane of travel and the driver, later identified as the defendant, Ramon PARRA-Pantoja, continuously looking at the side view mirrors. At one point, PARRA even waved Agent Davis to pass him. Agent Davis requested assistance from a uniformed Border Patrol Agent to conduct a vehicle stop.

Border Patrol Agent J. Parco, who was at the Jacumba Hot Springs exit, got behind the Altima and conducted a vehicle stop on Interstate 8 eastbound near call box 750. Agents Davis and Parco approached the vehicle and conducted an immigration inspection. PARRA and the passenger, later identified as defendant, Jerrick Travon MCALISTER, stated that they are United States citizens. PARRA and MCALISTER stated that they were looking for mountain bike trails, but did not have any mountain bikes or exercise clothes on. During this time, Agent Davis noticed a dirty hand print on the trunk and the rear wheel well was abnormally low. Agent Davis asked for consent to search the trunk of the vehicle and PARRA denied the request. At this time, Agent Davis requested a canine to conduct a search.

At approximately 9:03 PM, Border Patrol Agent Z. Fadare and his canine arrived and performed a free air sniff of the Altima, to which the canine alerted to the trunk. Agent Davis opened the trunk and encountered two individuals laying in the fetal position. Agent Davis identified himself as a Border Patrol Agent and conducted an immigration inspection. Both individuals, later identified as material witnesses, Andrea PADILLA-Lopez and Francisco Javier GARCIA-Vasquez, stated that they are citizens of Mexico without any immigration

CONTINUATION OF COMPLAINT:
Ramon PARRA-Pantoja,
Jerrick Travon MCALISTER

documents allowing them to enter or remain in the United States legally. At approximately 9:10 PM, Agent Davis placed, PARRA, MCALISTER, GARCIA and PADILLA under arrest.

Material witnesses, GARCIA and PADILLA, stated that they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. GARCIA and PADILLA stated that smuggling arrangements were made, and they had agreed to pay between $8,500 and $9,000 USD to be smuggled into the United States. GARCIA and PADILLA were shown a photographic line up, but they could not identify anybody. GARCIA stated the second time a dark colored Nissan stopped near their location, he got into the trunk as instructed. GARCIA stated that PADILLA followed him and closed the trunk. GARCIA stated that he feared for his life, since he had no seat belt and was not instructed how to exit the trunk if he needed to. GARCIA stated that the occupants of the vehicle were playing loud music and he feared they would not hear him if he screamed or tapped for help. PADILLA stated that before crossing into the United States, they told her that a vehicle would pick them up and to get into the trunk when it arrived. PADILLA stated that after a while a black vehicle pulled over at their location and that the trunk was already open. At that time, herself and GARCIA got into the trunk.

**CONTINUATION OF COMPLAINT:**
Ramon PARRA-Pantoja,
Jerrick Travon MCALISTER

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Andrea PADILLA-Lopez and Francisco Javier GARCIA-Vasquez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 18, 2022, Supervisory Border Patrol Agent G. Davis was conducting his assigned duties in the Campo Border Patrol Station's area of responsibility. At approximately 8:22 PM, Border Patrol Agent R. Radcliff, observed a black Nissan Altima driving north on Ribbonwood Road, perform two U-turns and continue north towards Interstate 8. At approximately 8:23 PM, Agent Davis observed the same black Nissan Altima come to a stop on Ribbonwood Road before entering the Interstate 8 eastbound lanes. Agent Davis noticed the Altima was riding low, possibly due to extra weight in the rear of the vehicle. Agent Davis got behind the Altima and ran record checks. Record checks revealed that it was out of Georgia and it was registered to military base. As the Altima continued eastbound, Agent Davis noticed it could not stay on his lane of travel and the driver, later identified as the defendant, Ramon PARRA-Pantoja, continuously looking at the side view mirrors. At one point, PARRA even waved Agent Davis to pass him. Agent Davis requested assistance from a uniformed Border Patrol Agent to conduct a vehicle stop.

Border Patrol Agent J. Parco, who was at the Jacumba Hot Springs exit, got behind the Altima and conducted a vehicle stop on Interstate 8 eastbound near call box 750. Agents Davis and Parco approached the vehicle and conducted an immigration inspection. PARRA and the passenger, later identified as defendant, Jerrick Travon MCALISTER, stated that they are United States citizens and active-duty United States Marine Corps, stationed at Camp Pendleton. PARRA and MCALISTER stated that they were looking for mountain bike trails, but did not have any mountain bikes or exercise clothes on. During this time, Agent Davis noticed a dirty hand print on the trunk and the rear wheel well was abnormally low. Agent Davis asked for consent to search the trunk of the vehicle and PARRA denied the request. At this time, Agent Davis requested a canine to conduct a search.

At approximately 9:03 PM, Border Patrol Agent Z. Fadare and his canine arrived and performed a free air sniff of the Altima, to which the canine alerted to the trunk. Agent Davis opened the trunk and encountered two individuals laying in the fetal position. Agent Davis identified himself as a Border Patrol Agent and conducted an immigration inspection. Both

CONTINUATION OF COMPLAINT:
Ramon PARRA-Pantoja,
Jerrick Travon MCALISTER

individuals, later identified as material witnesses, Andrea PADILLA-Lopez and Francisco Javier GARCIA-Vasquez, stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 9:10 PM, Agent Davis placed, PARRA, MCALISTER, GARCIA and PADILLA under arrest.

Material witnesses, GARCIA and PADILLA, stated that they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. GARCIA and PADILLA stated that smuggling arrangements were made, and they had agreed to pay between $8,500 and $9,000 USD to be smuggled into the United States. GARCIA and PADILLA were shown a photographic line up, but they could not identify anybody. GARCIA stated the second time a dark colored Nissan stopped near their location, he got into the trunk as instructed. GARCIA stated that PADILLA followed him and closed the trunk. GARCIA stated that he feared for his life, since he had no seat belt and was not instructed how to exit the trunk if he needed to. GARCIA stated that the occupants of the vehicle were playing loud music and he feared they would not hear him if he screamed or tapped for help. PADILLA stated that before crossing into the United States, they told her that a vehicle would pick them up and to get into the trunk when it arrived. PADILLA stated that after a while a black vehicle pulled over at their location and that the trunk was already open. At that time, herself and GARCIA got into the trunk.

**Executed on February 19, 2022 at 10:00 AM.**

Enrique Cadena
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 18, 2022, in violation of 8 USC 1324(a)(1)(A)(ii).

BARBARA L. MAJOR
United States Magistrate Judge

**12:07 PM, Feb 19, 2022**
Date/Time